AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

RODNEY SCOTT KNUTSON,

Plaintiff,

v.

NICOLE BRUNER, ERIKA FIELDS and LT.
SHARON FELTON,

Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-5004-JPH

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED Complaint is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted.

August 22, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Renea Ferrante
*(By) Deputy Clerk*

Renea Ferrante